James E. SHIFLETT, Appellant, v. UNITED STATES of America.

No. 8493.

United States Court of Appeals for the District of Columbia.

Decided May 24, 1943.

Mr. James J. Laughlin, of Washington, D. C., for appellant.

Mr. Charles B. Murray, Assistant United States Attorney, of Washington, D. C., with whom Mr. Edward M. Curran, United States Attorney, of Washington, D. C., was on the brief, for appellee.

Before SOPER, Circuit Judge, sitting by designation, and MILLER and VINSON, Associate Justices.

PER CURIAM.

The contentions of appellant in this case are without merit. The law is clear that, under the circumstances which existed in the present case, the true verdict of the jury was entered.

Affirmed.